# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## TWO GRAND CENTRAL TOWER
### 140 East 45th Street, 18th Floor
### New York, New York 10017
(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

October 28, 2011

<u>Via ECF & Fax</u>
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *United States v. Joseph Petillo*
          <u>11-MJ-1049</u>

Dear Judge Reyes:

    In connection with the above referenced matter, I write to respectfully request that the court amend Mr. Petillo's bail conditions to permit him to pick up and drop off his children when he has visitation with them and to visit with his mother, at her home or any other location she is at, when she is released from the hospital. Of course, all of this will be under the supervision of Pre-trial.

    I have contacted AUSA Geddes and she consents to this application.

    Thank you.

                                 Very truly yours,

                                   /s/

                                 Scott E. Leemon

cc:  AUSA Elizabeth Geddes (via ECF)
      Anna Lee, Pre-trial Services (via Email)